IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| SHAWN BROWN | : | NO. 04-532 |

ORDER

AND NOW this 18th day of May, 2022, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Shawn Brown for a sentence reduction and compassionate release (Doc. # 118) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.