```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     CRIMINAL ACTION
                             :
        v.                   :
                             :
SHAWN BROWN                  :     NO. 04-532
```

ORDER

AND NOW, this 12th day of December, 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The motion of pro se defendant Shawn Brown "to supplement or amend 3582(c)(1)(A)" is GRANTED (Doc. # 132).

(2)  The motion of pro se defendant Shawn Brown for "modification of sentence 18 U.S.C. 3582(c)(1)(A)" as supplemented and amended is DENIED (Docs. # 129 & 132).

                              BY THE COURT:


                              /s/  Harvey Bartle III
                                                    J.