IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :     CRIMINAL ACTION
                             :
            v.               :
                             :
SHAWN BROWN                  :     NO. 04-532

ORDER

AND NOW, this 25th day of June 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motions of defendant Shawn Brown for modification of his sentence under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. # 137 and Doc. # 142) are DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                              J.